KEKER, VAN NEST & PETERS LLP
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DAVID SILBERT - # 173128
dsilbert@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Petitioners
FACEBOOK, INC. and INSTAGRAM LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FACEBOOK, INC. and INSTAGRAM LLC, | Misc. Case No. 3:21-mc-80192 |
|---|---|
| Petitioners, | [*Underlying Action*: *Voxer, Inc. and Voxer IP LLC v. Facebook, Inc. and Instagram LLC*, United States District Court for the Western District of Texas, Case No. 1:20-cv-00655 [ADA]] |
| v. | |
| HOULIHAN LOKEY, INC., | |
| Respondent. | **MOTION TO SHORTEN BRIEFING TIME FOR RESPONDENT HOULIHAN LOKEY, INC.'S OPPOSITION TO PETITIONERS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** |

MOTION TO SHORTEN BRIEFING TIME FOR RESPONDENT HOULIHAN LOKEY, INC.'S OPPOSITION TO
PETITIONERS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA
Misc. Case No. 3:21-mc-80192

1733769

1. Pursuant to Civil Local Rule 6-3, Petitioners Facebook, Inc, and Instagram LLC (hereinafter "Petitioners"), hereby move this Court for an order shortening Respondent Houlihan Lokey, Inc.'s time to oppose Petitioners' concurrently filed Motion to Compel Compliance with Subpoena.  Specifically, Petitioners request that Houlihan Lokey, Inc. be ordered to respond to Petitioners' Motion to Compel by August 20, 2021, which is five (5) business days following the filing of Petitioners' Motion to Compel.  In support of their Motion, Petitioners attach the Declaration of Paven Malhotra ("Malhotra Decl.") and state as follows:

    1.  The documents subject to Petitioners' Motion to Compel concern, *inter alia*, the value of patents being asserted against Petitioners in ongoing litigation in the United States District Court for the Western District of Texas in the matter *Voxer, Inc. and Voxer IP LLC v. Facebook, Inc. and Instagram LLC,* Case No. 1:20-cv-00655 (the "Texas Action"). Respondent Houlihan Lokey was hired by Voxer, Inc. (a plaintiff in the Texas action) to assist in entering into financial transactions involving the company and its intellectual property assets. In response to a document subpoena served by Petitioners, **Houlihan Lokey redacted or withheld entirely 624 documents that concern its efforts to sell Voxer and/or its patents.** The documents subject to Petitioners' Motion to Compel are essential to Petitioners' preparation of their rebuttal damages expert report in the Texas Action, which is currently due on September 16, 2021. Malhotra Decl. ¶¶ 3, 5.

    2.  Given the limited time remaining before rebuttal expert reports are due, Petitioners seek a shortened briefing schedule in order to resolve disputes over the privilege assertions Respondent is interposing in order to withhold portions of or all of hundreds of responsive documents. Petitioners also anticipate requiring a deposition of Respondent once the documents are produced.

    3.  Petitioners have worked diligently to obtain production of documents but were prejudiced by Respondents' undue delay. Petitioners served their document and deposition subpoenas on Houlihan Lokey on June 3, 2021. ***Houlihan Lokey initially made no objections to Petitioners' subpoena and represented that it would make its document production by July 1, 2021. However, no production was made on that date. Instead, on July 8, 2021 Houlihan Lokey***

1

MOTION TO SHORTEN BRIEFING TIME FOR RESPONDENT HOULIHAN LOKEY, INC.'S OPPOSITION TO PETITIONERS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA
Misc. Case No.

1733769

*served, for the first time, untimely objections and then served documents productions on July 16 and on July 30, 2021. Id. ¶ 5.*

4. Given Respondents' belated objections, Respondents repeatedly requested Houlihan Lokey serve a privilege log for any documents that it was withholding on privilege grounds. **But Houlihan Lokey waited until July 30, 2021 to serve any privilege log**. The privilege log served that day included 624 entries. *Id.*

5. In compliance with L.R. 37-1(a), Petitioners then sought promptly to meet and confer concerning Houlihan Lokey's privilege assertions. That meet and confer occurred on August 5, 2021 followed by subsequent discussion between counsel via email. Houlihan Lokey refused to withdraw its privilege assertions. *Id*. ¶ 6.

6. Absent a shortened briefing schedule, the earliest Petitioners' underlying Motion to Compel could be heard would be the first available hearing date after September 17, 2021, which is after Petitioners' rebuttal damages report is due.

7. Petitioners requested that Houlihan Lokey stipulate to a shortened briefing schedule, but Respondents never responded to this request. *Id*. ¶ 8.

8. For the foregoing reasons, Petitioners request that this Court grant their Motion for an Order Shortening Briefing Time for Houlihan Lokey, Inc.'s opposition to Petitioners' Motion to Compel Compliance with Subpoena. Respondent Houlihan Lokey, Inc. should be ordered to respond by August 20, 2021.

Dated:  August 13, 2021                              KEKER, VAN NEST & PETERS LLP

By:  /s/ *Paven Malhotra*
CHRISTA M. ANDERSON
DAVID SILBERT
EUGENE M. PAIGE
MATTHEW M. WERDEGAR
PAVEN MALHOTRA

Attorneys for Petitioners
FACEBOOK, INC. and INSTAGRAM LLC